UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS ORTIZ-PLATA,<br><br>　　　　　　　Defendant. | Case No. CR24-94 JLR<br><br>DETENTION ORDER |

Defendant Jesus Ortiz-Plata is charged with conspiracy to commit illegal transportation of an alien for private financial gain, 8 U.S.C. §§ 1324(a)(1)(A)(ii), (v)(I), (B)(i). The Court held a detention hearing on May 30, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1) based on a serious risk the defendant will flee.

2. Mr. Ortiz-Plata stipulated to detention.

3. Due to time constraints, Pretrial Services was unable to verify information Mr. Ortiz-Plata provided in his interview.

DETENTION ORDER - 1

4. Mr. Ortiz-Plata poses a risk of nonappearance due to possession of a passport, ties to a foreign country, and lack of employment. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Ortiz-Plata's appearance at future court hearings.

IT IS THEREFORE ORDERED:

(1) Mr. Ortiz-Plata shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Ortiz-Plata shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Ortiz-Plata is confined shall deliver Mr. Ortiz-Plata to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Ortiz-Plata, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 31st day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2