THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS ORTIZ-PLATA,<br><br>　　　　Defendant. | No. CR24-094 JLR<br><br>RESPONSE TO MOTION TO CONTINUE |

　　Undersigned counsel, Jesse Cantor, representing Jesus Ortiz-Plata, presents the following response to the co-defendant's pending motion to continue the trial date. Mr. Ortiz does not oppose the co-defendant's motion to continue the trial date.

　　DATED this 2nd day of October 2024.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　s/ *Jesse Cantor*
　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　Attorney for Jesus Ortiz-Plata

RESPONSE TO MOTION TO CONTINUE
(*US v. Ortiz-Plata*, CR24-094-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100