The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS ORTIZ-PLATA, <br><br> Defendant. | NO. CR24-094 JLR <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND SETTING DISCOVERY DEADLINE |

THE COURT has considered Jesus Ortiz-Plata's unopposed motion to continue the trial date and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, including additional discovery, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

Order Granting Unopposed Motion to Continue Trial date and
Setting Discovery Deadline - 1
*United States v. Ortiz-Plata*, CR24-094 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  (d) the ends of justice will best be served by a continuance, and the ends of justice
2  outweigh the best interests of the public and the defendant in any speedier trial, as set
3  forth in 18 U.S.C. § 3161(h)(7)(A);

4  (e) the time requested between the current trial date and the new trial date is
5  needed to provide counsel the reasonable time necessary to prepare for trial considering
6  counsel's schedule and all the facts set forth above; and

7  (f) the period of delay from the date of this order to the new trial date is excludable
8  time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

10  IT IS ORDERED that the trial date shall be continued to January 13, 2025, and
11  that pretrial motions shall be filed no later than December 2, 2024.

12  IT IS FURTHER ORDERED that the Court enters a discovery deadline of
13  December 13, 2024.

15  DONE this 17th day of October, 2024.

The Honorable James L. Robart
United States District Judge

Presented by:

s/ Celia A. Lee
CELIA A. LEE
Assistant United States Attorney
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, WA 98101-3903
Telephone: 206-553-5558
E-mail: celia.lee@usdoj.gov

Order Granting Unopposed Motion to Continue Trial date and
Setting Discovery Deadline - 2
United States v. Ortiz-Plata, CR24-094 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970