The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS ORTIZ-PLAZA,<br><br>    Defendant. | NO. CR24-094-JLR<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Currency"):

- $10,500.00 in U.S. currency, seized on or about February 27, 2024, from Defendant's Jeep (OR license plate 793PDC), in Canyonville, Oregon.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

- On January 29, 2025, the Court entered an Amended Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 982(a)(6)(A) and 8 U.S.C. § 1324(b)(1), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it. (Dkt. No. 73);

Final Order of Forfeiture - 1
*United States v. Ortiz-Plata,* CR24-094-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 80), and did not identify any potential claimants who should receive direct notice of the pending forfeiture, as required by Fed. R. Crim. P. 32.2(b)(6)(A); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Homeland Security, United States Customs and Border Protection, and/or their representatives, are authorized to dispose of the Subject Currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 19th day of May, 2025.

THE HON. JAMES L. ROBERT
UNITED STATES DISTRICT JUDGE

Presented by:

s/Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 2
*United States v. Ortiz-Plata,* CR24-094-JLR